**Josef CZUPPON, Appellant,**

v.

**MIDWEST WOODWORKING & FIXTURES, Thoms Contracting, and Wise Installations, Respondents.**

**No. ED 86682.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 30, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 18, 2006.

Application for Transfer Denied
Aug. 22, 2006.

Susan Kreher Roach, Clayton, MO, for appellant Josef Czuppon.

Patrick Norbert McHugh; Herzog, Crebs & McGhee, LLP, St. Louis, MO, for respondent Midwest Woodworking & Fixture.

Patricia Musick–Corran; St. Louis, MO, for respondent Thoms Contracting.

James A. Thoenen; Evans & Dixon, LLC, St. Louis, MO, for respondent Wise Installations.

Before MARY K. HOFF, P.J. and CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

Josef Czuppon (Claimant) appeals from the Labor and Industrial Relations Commission's (Commission) denial of his claim for workers' compensation benefits.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. The Commission's award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).